**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAM SHARAN,

     Petitioner,

v.                                     No. 2:26-cv-00494-MLG-DLM

MARY DE ANDA-YBARRA, et al.,

     Respondents.

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING
RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER**

This matter is before the Court on Petitioner Ram Sharan's Petition for Writ of Habeas Corpus ("Petition"). Doc. 1. The Court, having considered the Petition, and having held a hearing on August 7, 2026, and being otherwise fully informed, finds that it is well taken and should be granted.

For the reasons stated on the record during the August 7, 2026 hearing, and incorporating the holdings and reasoning provided in *Alcide v. de Anda-Ybarra*, No. 1:26-cv-00249-KWR-GBW, 2026 WL 622663 (D.N.M. Mar. 5, 2026), the Court grants the Petition.

Sharan shall be released within twenty-four hours of the entry of this Order. He shall be released with all identification documentation that he possessed on his person when detained by Respondents in June 2025 along with a copy of this Order.

It is so ordered.

                                         _____
                                         UNITED STATES DISTRICT JUDGE
                                         MATTHEW L. GARCIA